The People of the State of New York, Respondent, v. Caperino Ferrar, Appellant.— Judgment of conviction of the Court of Special Sessions, borough of Brooklyn, unanimously affirmed. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

The People of the State of New York, Respondent, v. Arthur Larschan, Appellant.— Judgment of conviction of the County Court of Nassau county and order denying motion to set aside verdict unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

The People of the State of New York, Respondent, v. Carino Oliviere, Appellant.— Judgment of conviction of the County Court of Richmond county unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

The People of the State of New York ex rel. Lillie Viga, Respondent, v. Leo J. Palmer, as Superintendent of the New York State Reformatory for Women at Bedford, Appellant.— Order sustaining writ of habeas corpus affirmed. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

May Sablich, Respondent, v. John Sablich, Appellant.— Order, as resettled, granting plaintiff's motion for alimony and counsel fee and awarding, during the pendency of the action, the custody of the children to the plaintiff, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur.

David Schiff, Appellant, v. P. & P. Building Corporation and Others, Defendants, and Mark J. Kalashen, Respondent. Mark J. Kalashen, Plaintiff, v. P. & P. Building Corporation and Others, Defendants.— Order amending order of May 5, 1928, and directing the receiver to pay a stated sum of money to respondent Kalashen affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur.

6802 Ridge Boulevard Corporation, Appellant, v. Samuel Feldman and Mary Feldman, Respondents.— Order granting defendants' motion for judgment on the pleadings and dismissing the complaint, and judgment entered thereon, reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The admissions contained in plaintiff's reply are not inconsistent and do not negative the allegations of the complaint that plaintiff suffered injury and damage by reason of the fraud alleged. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

Sidney Sladden, as a Stockholder of Self-Propelling Nozzle Co., Inc., for Himself and All Others Similarly Situated, Appellant, v. Harry S. Ashmun and Self-Propelling Nozzle Co., Inc., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Plaintiff's proposed findings numbered " thirty-fifth " to " thirty-eighth " inclusive are reversed upon the ground that they are immaterial in the form in which this suit is brought and the sole issue tried, which was whether the individual defendant was properly elected president and whether compensation paid him for services was reasonable and fair. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

Edward Whitford, Respondent, v. Henry Everitt and Mack B. Morley, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.